UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOUNTAVIA TAYLOR,<br><br>                                   Plaintiffs,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>                                   Defendant. | Case No.:  3:23-cv-00675-WQH-AHG<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SECOND EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>**[ECF No. 18]** |

Before the Court is the parties Joint Motion to Continue. ECF No. 18. The parties request a 30-day continuance of the Second Early Neutral Evaluation Conference ("ENE"), currently scheduled for November 3, 2023. *Id*. The parties represent to the Court that they believe the Second ENE will be "more productive and increase the chance of reaching a settlement" after Plaintiff and Defendant's Rule 30(b)(6) witness are deposed. *Id*. The Court appreciates the parties' thorough motion and that the parties are working together, and finds good cause to **GRANT** the motion as follows:

1. The Second ENE set for November 3, 2023 is **RESET** for **January 3, 2024** at **2:00 p.m.** *via videoconference* before Magistrate Judge Allison H. Goddard. The Court requires attendance of all parties, party representatives with full settlement authority,

including claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation via videoconference.

      A.    Each party must submit a Confidential, Supplemental ENE Statement to the Court via email (to efile_goddard@casd.uscourts.gov) by **December 27, 2023**.

      B.    No later than **December 27, 2023**, counsel for each party shall send an email to the Court (at efile_goddard@casd.uscourts.gov) containing: (1) the name and title of each participant, (2) an email address for each participant, and (3) a cell phone number for that party's preferred point of contact. The Court will send the Zoom invitation to all participants in advance of the conference.

      C.    During the ENE, all participants shall display the same level of professionalism during the ENE and be prepared to devote their full attention to the ENE as if they were attending in person, i.e., cannot be driving or in a car while speaking to the Court. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference.

      D.    Counsel are also advised that although the ENE will take place on Zoom, all participants shall appear and conduct themselves as if it is proceeding in a courtroom, i.e., all participants must dress in appropriate courtroom attire.

2.    All other dates and deadlines set forth in the Court's Scheduling Order (ECF No. 15) **remain unchanged**.

**IT IS SO ORDERED.**

Dated: October 20, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge